# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE:                                                          CASE NO. 20-30798

**FOSTER, TARA COLLIER**             CHAPTER 7

       **Debtor(s)**
_____/

## EX PARTE MOTION BY TRUSTEE TO SHORTEN TIME TO OBJECT TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS AND INTERESTS, PAY SECURED CREDITOR(S), INTERESTED PARTIES AND TRANSACTIONAL COSTS
(48 Bald Eagle Drive, Santa Rosa Beach, FL 32459)

COMES NOW, The Trustee, by and through her undersigned counsel and files this her Ex Parte Motion to Shorten Time to Object to Motion to Sell Real Property Free and Clear of All Liens and Interests, and avers:

1. On September 30, 2020, Debtor filed a petition under Chapter 7 and Karin A. Garvin was appointed Trustee of the bankruptcy estate. The First Meeting of Creditors was held on November 5, 2020.

2. The Debtor owns real property located at 48 Bald Eagle Drive, Santa Rosa Beach, FL 32459.

3. The Debtor has procured a Contract to sell the above referenced real property to Dayton E. Shepard and Loretta M. Shepard (the Buyers) to purchase the Property for the gross sale price $ 340,000. The Purchaser is motivated to close the subject property within the time frame

provided in the Contract.

4. The real property is subject to a lien in favor of the Internal Revenue Service and Trustee misunderstood that the Internal Revenue Service had consented to the sale free and clear of their interests through negotiation by Trustee's agent.

5. The Contract's closing date has been extended, but the payoff of the first lien is in jeopardy as the interest accrues and HOA fees and assessments increase and Trustee believes it is in the best interest to shorten the time of twenty-one days notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE**, Trustee prays the Court to enter an order allowing the Trustee to Shorten the Time to Object to the Report and Notice of Intent to Sell from twenty-one (21) days to five (5) days to allow the closing of real property to proceed as soon as possible.

/s/ Karin A. Garvin
Karin A. Garvin
FL Bar No. 0106933
1801 West Garden Street
Pensacola, FL 32502
Phone: 850-437-5577
Fax:  850-437-5250
kgarvin@kgarvinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kathryn W. Drey, Esq., Assistant US Attorney, 21 Garden Street, Suite 400, Pensacola, FL 32502; United States Attorney, 21 Garden Street, Suite 400, Pensacola, FL 32502 and to the United States Attorney General, Main Justice Bldg., Rm. 511, Tenth & Constitution, Washington, DC 20530-0001 via US First Class Mail on the date this document was filed with

the Court. All other creditors will be served via US First Class Mail by certificateofservice.com under a separate certificate of service.

                                           /s/ Karin A. Garvin
                                           Karin A. Garvin
                                           FL Bar No. 0106933
                                           1801 West Garden Street
                                           Pensacola, FL 32502
                                           Phone: 850-437-5577
                                           Fax:  850-437-5250
                                           kgarvin@kgarvinlaw.com